No. 91–1830. UPCHURCH ET AL. *v.* CLARK. C. A. 6th Cir. Certiorari denied.

No. 91–5550. FAIN *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 91–6732. RHOADES *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 91–7376. MCDONALD *v.* YELLOW CAB METRO, INC., ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 91–7449. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7484. GOSIER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–7702. BENNETT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7737. GILSENAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–7779. HALLMAN *v.* UNITED STATES; and
No. 91–8082. GAUNT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 293 U. S. App. D. C. 356, 954 F. 2d 787.

No. 91–7920. VITRANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7997. BENEFIEL *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 91–8018. KELLY *v.* FIVE UNIDENTIFIED BOOKING OFFICERS ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–8020. JOHNSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–8024. URDENIS *v.* THERMAL INDUSTRIES, INC. C. A. 3d Cir. Certiorari denied.